United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-15696-amc
Joseph J. Horn                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett          Page 1 of 2           Date Rcvd: Dec 16, 2016
                            Form ID: 138NEW          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
```
db            +Joseph J. Horn,    4500 Cottman Avenue,    Philadelphia, PA 19135-1208
12499627     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   FIA CARD SERVICES, N.A.,     PO Box 15102,
               Wilmington, DE 19886-5102)
12493180      +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
12590481      +Bank of America,    c/o ANDREW F GORNALL,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
12641237       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12493183     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
               Po Box 20507,    Kansas City, MO 64195)
12493182      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12534370       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12493184      +Citifinancial Retail S,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
12493185      +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,     Po Box 140489,
               Irving, TX 75014-0489
12493187      +Dept Of Ed/sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
12493189      +E Oreg Univ,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
12493190      +EOC CCA,    P.O. BOX 439,    Norwell, MA 02061-0439
12493192      +FIRSTSOURCE ADVANTAGE, LLC,    P.O. BOX 628,    Buffalo, NY 14240-0628
12493191      +Fcnb Mstr Tr,    P.o. Box 3412,    Omaha, NE 68197-0001
12493194     #+Hsbc/boscov,    Hsbc,    Po Box 5895,    Carol Stream, IL 60197-5895
12493195      +Hsbc/rs,    Hsbc Retail Srvs/Attn: Bk Dept,    Po Box 5213,    Carol Stream, IL 60197-5213
12493196      +LDG FINANCIAL SERVICES, LLC,    7001 PEACHTREE INDUSTRIAL BLVD.,     SUITE 320,
               Norcross, GA 30092-6637
12493197      +MERCANTILE ADJUSTMENT BUREAU,    P.O. BOX 9016,    Buffalo, NY 14231-9016
12493198      +NCC BUSINESS SERVICES, INC.,    9428 BAYMEADOWS ROAD,    SUITE 200,    Jacksonville, FL 32256-7912
12493201      +PHILADELPHIA LETTER CREDIT UNION,    900 MARKET STREET,    SUITE 101,
               Philadelphia, PA 19107-4229
12525066      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
12493203      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12493204       RAB REGIONAL ADJUSTMENT,    P.O. BOX 34119,    Wixom, MI 48393
12495853      +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
12493206      +RICHARD J. BOUDREAU & ASSOCIATES,    5 INDUSTRIAL WAY,    Salem, NH 03079-4866
12493205      +Rbs Citizens Na,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
12493207       S&P ASSET, LLC,    1845 HIGHWAY 93 SOUTH,    SUITE 310,    Kalispell, MT 59901
12493208      +SOLOMON AND SOLOMON,    COLOMBIA CIRCLE,    P.O. BOX 15019,    Albany, NY 12212-5019
12493212       STELLAR RECOVERY, INC.,    1845 HIGHWAY 93 NORTH,    SUITE 310,    Kalispell, MT 59901
12493213      +STOCK AND GRIMES, LLP,    804 WEST AVE.,    Jenkintown, PA 19046-2831
12493214      +Taylor, Bean & Whitake,    Attn: Bankruptcy,    1417 N Magnolia Ave,    Ocala, FL 34475-9078
12493215      +Tempur Pedic,    Po Box 94498,    Las Vegas, NV 89193-4498
12493216      +URS COLLECTIONS,    10075 W. COLFAX AVE.,    Denver, CO 80215-3907
12493217      +Verizon,    P.O. Box 4830,    Trenton, NJ 08650-4830
12493218      +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
12493220      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:33      RICHARD S. RALSTON,
               Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:02      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:47
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:33      CANDICA, L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:08:48
               PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12493179       E-mail/Text: sbridwell@arscollections.com Dec 17 2016 01:56:49      Adv Recovery,    972 High St,
               Jackson, MS 39202-3473
12493186      +E-mail/Text: administration@gatestoneco.com Dec 17 2016 01:55:29      COLLECTCORP,
               P.O. BOX 101928,    Birmingham, AL 35210-6928
12547468      +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:33      Candica, L.L.C.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12493188       E-mail/Text: mrdiscen@discover.com Dec 17 2016 01:55:17      Discover Fin,    Po Box 8003,
               Hilliard, OH 43026
12500062       E-mail/Text: mrdiscen@discover.com Dec 17 2016 01:55:17      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12493193      +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2016 01:48:58      Gemb/gap,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12625165          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:09:43
                   Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
12493199         +E-mail/Text: blegal@phfa.org Dec 17 2016 01:56:25      Pa Housing Finance Age,   2101 N Front St,
                   Harrisburg, PA 17110-1086
12522683          E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2016 01:55:31      Quantum3 Group LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
13425913         +E-mail/Text: bankruptcy.notices@selenefinance.com Dec 17 2016 01:55:20      SELENE FINANCE LP,
                   9990 Richmond Avenue, Suite 400,    Houston, TX 77042-4546
12493209         +E-mail/Text: bankruptcy@sw-credit.com Dec 17 2016 01:56:25      SOUTHWEST CREDIT SYSTEMS, LP,
                   4120 INTERNATIONAL PARKWAY,    SUITE 1100,   Carrollton, TX 75007-1958
12493211         +E-mail/Text: ebn@squaretwofinancial.com Dec 17 2016 01:56:45      SQUARE TWO FINANCIAL,
                   4340 S. MONACO 2ND FLOOR,    Denver, CO 80237-3485
12579601          E-mail/PDF: pa_dc_ed@navient.com Dec 17 2016 01:50:16      Sallie Mae Inc., on behalf of the,
                   Department of Education,    P.O. Box 740351,   Atlanta, GA 30374-0351
12493210         +E-mail/Text: cop@santander.us Dec 17 2016 01:55:32      Sovereign Bank Fsb,
                   1130 Berkshire Blvd,   Wyomissing, PA 19610-1242
12493219         +E-mail/Text: BKRMailOps@weltman.com Dec 17 2016 01:56:27      WELTMAN, WEINBERG, & REIS,
                   325 CHESTNUT STREET,    SUITE 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12493200       Philadelphia Letter Ca
12493202       Philetcar Cu
12493181     ##+BANK OF AMERICA,    Mail stop: CA6-919-01-23,   400 National Way,   Simi Valley, CA 93065-6414
12628326     ##+Basso and Chambers, PC,    4201 Church Road,   Suite 16,   Mt. Laurel, NJ 08054-2231
                                                                                              TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   Bank of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   Selene Finance LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor   Reverse Mortgage Solutions, Inc. dneeren@udren.com,
               vbarber@udren.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEEANE O. HUGGINS    on behalf of Creditor   Selene Finance LP pabk@logs.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Joseph J. Horn ecfbc@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joseph J. Horn
    Debtor(s)

Bankruptcy No: 11−15696−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/16/16

79 – 78
Form 138_new