**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph J. Horn                     | CHAPTER 13
       Debtor(s)             |
                                          | BKY. NO. 11-15696 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Selene Finance LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8275

                                                  Respectfully submitted,

                                                 **/s/Thomas Puleo, Esquire**
                                                 Thomas Puleo, Esquire
                                                 Brian C. Nicholas, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406