United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph J. Horn  
       Debtor

Case No. 11-15696-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jan 20, 2017  
                   Form ID: 195      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.  
db          +Joseph J. Horn,    4500 Cottman Avenue,    Philadelphia, PA 19135-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty        +E-mail/Text: bncmail@w-legal.com Jan 21 2017 01:59:34     RICHARD S. RALSTON,  
         Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132  
cr         +E-mail/Text: bncmail@w-legal.com Jan 21 2017 01:59:34     CANDICA, L.L.C.,  
         C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2017 01:58:31  
         PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067  
                                                                                                                                                  TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        DAVID NEEREN    on behalf of Creditor    Reverse Mortgage Solutions, Inc. dneeren@udren.com, vbarber@udren.com  
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com  
        LEEANE O. HUGGINS    on behalf of Creditor    Selene Finance LP pabk@logs.com  
        MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Joseph J. Horn ecfbc@comcast.net  
        THOMAS I. PULEO    on behalf of Creditor    Selene Finance LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                         TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Joseph J. Horn  : Case No. 11−15696−amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , January 20, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

83
Form 195