```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 11-15696-amc
Joseph J. Horn                                                  Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2           User: admin              Page 1 of 2             Date Rcvd: Jan 20, 2017
                               Form ID: 3180W           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db             +Joseph J. Horn,    4500 Cottman Avenue,    Philadelphia, PA 19135-1208
12641237        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12525066       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12493203       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12495853       +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 21 2017 02:00:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 21 2017 01:59:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 21 2017 01:59:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12547468       +EDI: OPHSUBSID.COM Jan 21 2017 01:49:00      Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12500062        EDI: DISCOVER.COM Jan 21 2017 01:48:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
12625165        EDI: PRA.COM Jan 21 2017 01:48:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
12522683        EDI: Q3G.COM Jan 21 2017 01:49:00      Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13425913       +E-mail/Text: bankruptcy.notices@selenefinance.com Jan 21 2017 01:58:42      SELENE FINANCE LP,
                 9990 Richmond Avenue, Suite 400,    Houston, TX 77042-4546
12579601        EDI: NAVIENTFKASMDOE.COM Jan 21 2017 01:49:00      Sallie Mae Inc., on behalf of the,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA 30374-0351
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12628326      ##+Basso and Chambers, PC,    4201 Church Road,    Suite 16,    Mt. Laurel, NJ 08054-2231
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor    Reverse Mortgage Solutions, Inc. dneeren@udren.com,
               vbarber@udren.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEEANE O. HUGGINS    on behalf of Creditor    Selene Finance LP pabk@logs.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Joseph J. Horn ecfbc@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    Selene Finance LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jan 20, 2017
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joseph J. Horn** | Social Security number or ITIN  **xxx−xx−4810** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **11−15696−amc** | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Joseph J. Horn
  aka Joseph Horn

<u>1/19/17</u>                                              **By the court:**    <u>Ashely M. Chan</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**